HENRY ALDRICH v. WILLIAM H. BRUSS.

39 569
39 523

FILED MARCH 6, 1894.    No. 5533.

1. **Appeal**: FAILURE TO FILE TRANSCRIPT IN TIME: DISMISSAL. An appeal from the county court to the district court should be dismissed upon proper motion when the transcript was not filed within thirty days from the date of the judgment and no reason is shown for the delay. Following *Maggard v. Van Duyn*, 36 Neb., 862, and *Barry v. Barry*, 39 Neb., 521.

2. **Review**: AFFIDAVITS ON MOTIONS: BILL OF EXCEPTIONS. Affidavits used on the hearing of a motion in the district court cannot be considered in the supreme court unless embodied in a bill of exceptions. Following *Maggard v. Van Duyn*, 36 Neb., 862, and *Barry v. Barry*, 39 Neb., 521.

ERROR from the district court of Nance county. Tried below before SULLIVAN, J.

*Reid & Morgan*, for plaintiff in error.

*Martin I. Brower*, contra.

RYAN, C.

Plaintiff in error complains that his appeal from the county court of Nance county was dismissed in the district court because the transcript was not filed within thirty days from the date of the judgment. There was probably an attempt to excuse the above failure by a showing of facts made by affidavit not incorporated in a bill of exceptions. Following the rules laid down in *Maggard v. Van Duyn*, 36 Neb., 862, and *Barry v. Barry*, 39 Neb., 521, the judgment of the district court is

AFFIRMED.